United States District Court
Southern District of Texas
**ENTERED**
December 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELICA DEHOYOS, Individually and on behalf of Others Similarly Situated  Plaintiff, | ) ) ) ) | |
| V. | ) ) | CIVIL ACTION NO. 4:21-cv-2217 |
| DENTRUST DENTAL INTERNATIONAL, INC., d/b/a DOCS HEALTH, DENTRUST DENTAL TEXAS, P.C., and STAFFDR, INC., | ) ) ) ) ) | |
| Defendants. | ) | JURY DEMANDED |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the parties' Joint Stipulation of Dismissal With Prejudice, the Court

**GRANTS** the stipulation and dismisses the claims of Angelica Dehoyos, Alyssa Hernandez, Luis Juarez, Kaitlyn Ramos, Mark Ramos, and Francisco Torres with prejudice. Each party shall bear her, his, or its own costs and fees in this matter.

SIGNED on ___December 27___, 2021.

_____
Hon. Charles Eskridge
United States District Judge

129014637.1